IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOUIS ABRAMS,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG CONTRACTING/SE,<br>INC., AND GARY YOUNG,<br><br>Defendants. | Civil Action File<br>No.: 1:14-CV-01462 |

### ORDER APPROVING RESOLUTION AND DISMISSING CASE WITH PREJUDICE

Upon inspection and review of the agreed-upon resolution of Plaintiff Louis Abrams's ("Plaintiff's") claims asserted in the above-captioned action against Defendants Young Contracting/SE, Inc. and Gary Young ("Defendants"), the Court finds that the agreed-upon resolution is fair and reasonable.

**IT IS HEREBY ORDERED AND ADJUDGED** that the documented resolution between Plaintiff and Defendants is hereby **APPROVED in its entirety**. This case is DISMISSED WITH PREJUDICE, with each party bearing his and its own respective attorneys' fees and costs.

SO ORDERED, this 17th day of September, 2014.

_____
Judge Willis B. Hunt, Jr.
Northern District of Georgia